UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERYL POMPONIO,

    Plaintiff,

v.

MACY'S WEST STORES, INC., et al.,

    Defendants.

Case No. 21-cv-04269-TSH

**ORDER TO SHOW CAUSE**

On October 25, 2021, the Court ordered the parties to file a status report by November 1, as the deadline to request mediation had passed. ECF No. 18. In response, Plaintiff Meryl Pomponio, Defendant Taubam Land Associates LLC, and Defendant Western Franchise Development, Inc. indicated they were in settlement negotiations and would know whether there was a settlement by November 22. ECF Nos. 19-21. Plaintiff also indicated she contacted the third defendant, Macy's West Stores, Inc., and was hopeful it would soon make an appearance. Since that time, Macy's filed its answer (ECF No. 25), and Pomponio and Macy's filed a stipulation of dismissal as to Macy's only (ECF No. 34). As to Taubam and Western Franchise, there had been no further updates, and the Court therefore ordered them to file an updated status report by May 19. ECF No. 35. No response has been received.

Accordingly, the Court **ORDERS** Plaintiff Meryl Pomponio to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by June 2, 2022. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on June 16, 2022 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case may be dismissed without prejudice. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: May 23, 2022

_____
THOMAS S. HIXSON
United States Magistrate Judge